# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Brian Thomas Balda<br>YOB: 1972<br>Citizenship: United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>24-02908MJ |

Complaint for violation of Title 18, United States Code § 2261A(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1:**

From early 2023 to on or about February 15, 2024, in the District of Arizona and elsewhere, the defendant, **Brian Thomas Balda**, with the intent to kill, injure, harass, or intimidate another person, used the mail, any interactive computer service and electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that placed that person in reasonable fear of death or of serious bodily injury and caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to a person, that is: from early 2023 to February 15, 2024, **Balda** engaged in a course of conduct wherein he sent messages via the internet and/or the phone to Person A that harassed, intimidated, and placed Person A in reasonable fear of death or serious bodily injury and/or caused substantial emotional distress to Person A, all in violation of Title 18, United States Code, Section 2261A(2), Cyberstalking, a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

From early 2023 to on or about February 15, 2024, Person A, a resident of Tucson, Arizona, started receiving iMessages from an individual with phone number 971-754-8790 that were odd in nature. Initially, Person A ignored the messages. On one occasion, Person A mistakenly picked up the phone when that number called and reported that Person A had spoken to a male caller although Person A could not recall what they spoke about. On December 4, 2023, Person A decided to contact law enforcement when Person A received a message from that same number that caused Person A to become frightened and concerned for Person A's safety. The message stated: "It's a great day to DIE tell [PERSON A] he's a pedophile and all of you helped you sick fucks this is the most disgusting thing I cannot take secrets and all this shit you WIN ANNE YOU FUCKING WIN I HOPE YOURE FINALLY HAPPY PEACE".

On December 7, 2023, Person A also received the following message from the same number: "How bout you all just kill me with passion like you had in 1977 I should be dead long time ago besides who would ever want to be a living lie. Dead men tel no tales and no one will ever tell me anyways so just have your soldiers just take me out of your life and you're GAME with a child's life. Go to hell you fucking child molesting baby thief go fuck yourself scumbag mother fucker I'm sick of your shit [Person A] Fuck this country of secret keeping EVIL SICKOS HOW MANY KIDS ASSHOLE HOW FUCKING MANY YOU PRICK".

…… CONTINUED ON NEXT PAGE ……..

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*Caleb Yankovich #8606*<br>OFFICIAL TITLE & NAME:<br>Caleb Yankovich, Task Force Officer<br>Federal Bureau of Investigation |
|---|---|
| Subscribed to and sworn before me telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 15, 2024 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA L. Granoff

*U.S. v. Brian Thomas Balda*  
*Page 2 of 2 – Complaint*

24-02908MJ

On December 9, 2023, Person A received a voicemail from the same phone number. The caller referred to the family name of "Balda" and ended the message by stating, "you're an asshole and I think you should pay for what you did."

On January 19, 2024, Person received an iMessage from iCloud account brian.balda@icloud.com. The writer of the iMessage claimed he should have been aborted as a child and not allowed to be born, that he wants to die a slow and painful death and mentioned Person A by name. Specifically, the iMessage read in part: "[Person A] you are a coward just like all the Balda's and Hoffmann's anticommunist cowards."

Legal process confirmed that the subscriber for phone number 971-754-8790 was Brian Thomas Balda. The corresponding records for the account showed that the call and text message history records for that number showed logs of multiple calls and sent text messages to the phone number belonging to Person A over the 2023 calendar year.

On February 14, 2024, Person A received a voicemail from a person claiming to be "Brian Balda" from a phone number with area code 520. Balda stated over the message that he was in Phoenix, Arizona.

On the morning of February 15, 2024, Person A received a text message the same phone number as the previous day. The message stated that the subject is now in Tucson, Arizona.

In the afternoon of February 15, 2024, Person A received a voicemail from the same 520 number that stated the caller was Brian Balda and he was in the Tucson area looking for Person A's real estate office. The caller then told Person A, "you and I need to have a chat."